UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 06 CR 61-1 |
| ) | Judge Ruben Castillo |
| HABIB YORI SOLEBO ) | |

## AGREED PROTECTIVE ORDER

Th United States of America, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and HABIB YORI SOLEBO, by his attorney, KERI AMBROSIO, have agreed to entry of the following Order concerning discovery in this matter.

IT IS HEREBY ORDERED THAT:

1. The government proposes to provide defendant with certain recently obtained personnel records (the "records") of two potential government witness: (1) a technical expert, and (2) a law-enforcement official. At this time, the government does not intend to call the technical expert as a witness at trial, but expects the law-enforcement official to testify. The government would like to provide the records to defendant to fulfill its obligations under *Giglio v. United States*, 405 U.S. 150 (1972).

2. Due to the sensitive nature of the records that are being disclosed and to protect the privacy of these individuals, the Court hereby orders pursuant to Rule 16 (d)(1), that the use of the records by the defendant will be restricted as follows:

   a. The attorney for the defendant may disclose the records only to her client, and such disclosure may occur only after the attorney for the defendant advises the defendant of the prohibitions of this protective order;

   b. The attorney for the defendant is not to make any additional copies of the records without prior authorization of the court;

   c. The records are for use only in this case, and they are not to be disseminated or used for any other purpose;

d.  The records are to be returned to the government after the trial and any appeal have concluded; and

e.  Any pleading referencing the records shall be filed under seal.

IT IS SO ORDERED.

APPROVED:

/s/ Ruben Castillo

RUBEN CASTILLO
United States District Judge

Dated: January 11, 2007